1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 20-CR-1861-JAH |
|---|---|---|
| Plaintiff, | ) ) | **ORDER GRANTING DETENTION WITHOUT PREJUDICE** |
| v. | ) ) | |
| DOROTEO DIAZ GUERRERO, | ) ) | |
| Defendant. | ) ) | |
| | ) ) | |

The Court scheduled a detention hearing for September 22, 2020 to determine if Defendant Doroteo Diaz Guerrero ("Defendant") should be held in custody without bail pending trial.  Assistant U.S. Attorney Patrick Swan appeared on behalf of the United States of America.  Attorney Marcel Stewart appeared on behalf of Defendant.

At the hearing, Defendant knowingly and voluntarily waived his right, on the record and in the presence of counsel, to the setting of bail and a detention hearing.  Based on that waiver, the Court accordingly detains defendant without prejudice pending trial and, if convicted, sentencing in this case.  Defendant may move at a later date for bail and conditions of release and the United States of America may oppose such a motion and seek detention.

## ORDER

**THE COURT ORDERS** that Defendant be detained pending trial and, if convicted, sentencing in this case.

**THE COURT ALSO ORDERS** that Defendant be committed to the custody of the Attorney General, or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving a sentence or being held in custody pending appeal.  Defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance agreed to by defense and Government counsel.

The Court enters this order, without prejudice, to Defendant's right to move to seek bail and conditions of release, and a detention hearing at a future date.

**IT IS SO ORDERED.**

Dated:  September 22, 2020

Hon. Jill L. Burkhardt
United States Magistrate Judge

2